Rel: February 9, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0644

Jennie Zinn and Chris Zinn v. Ashley Till (Appeal from Montgomery Circuit Court: CV-19-901199).

SELLERS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Parker, C.J., and Wise, Stewart, and Cook, JJ., concur.